**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 1, 2015.**



In The

# Fourteenth Court of Appeals

NO. 14-15-00710-CV

IN RE AIR LIQUIDE INDUSTRIAL U.S. LP, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
157th District Court
Harris County, Texas
Trial Court Cause No. 2014-59176

## MEMORANDUM OPINION

On August 21, 2015, relator Air Liquide Industrial U.S. LP filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Randy Wilson, presiding judge of the 157th District Court

of Harris County, to vacate his April 28, 2015 order granting real party in interest's plea in abatement and his July 13, 2015 order denying relator's motion for reconsideration.

Relator has not established its entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.